In the Matter of BAUSCH & LOMB CONTACT LENS SOLUTION PRODUCT LIABILITY LITIGATION.

PLAINTIFFS IN THE NEW YORK COORDINATED PROCEEDING, Appellants, v BAUSCH & LOMB, Respondent.

Submitted March 26, 2012; decided May 8, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BRIDGET Y. and Others, Children Alleged to be Neglected. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KENNETH M.Y. et al., Appellants. (Appeal No. 1.)

Decided May 8, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (*see* CPLR 5601 [a]).